UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DWAYNE THOMAS,

    Petitioner,                                 Civil No. 2:06-13165
                                              HONORABLE PAUL D. BORMAN
v.                                                 UNITED STATES DISTRICT JUDGE

TOM BELL,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Paul D. Borman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on  January 29 , 2008.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this   29th  , day of  January , 2008.

                                                                       DAVID J. WEAVER
                                                                      CLERK OF THE COURT

APPROVED:

                                                                      BY: s/Denise Goodine
                                                                      DEPUTY CLERK

s/Paul D. Borman_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT